UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT ROBERT LINCOLN,

          Petitioner,

v.

          Case No. 16-cv-13577
          Hon. Matthew F. Leitman

CARMEN PALMER,

          Respondent.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION (ECF #7)

On December 13, 2016, the Court entered an Order denying Petitioner Scott Robert Lincoln's ("Lincoln") petition for a writ of habeas corpus (the "Denial Order"). (*See* ECF #5.) Lincoln has now filed a motion asking the Court to reconsider the Denial Order (the "Motion for Reconsideration"). (*See* ECF #7.) The Motion for Reconsideration is **DENIED** because Lincoln has failed to satisfy the Court's requirements that he "demonstrate a palpable defect by which the [C]ourt and the parties … have been misled [and] show that correcting the defect [would] result in a different disposition of the case." E.D. Mich. Local Rule 7.1(h)(3).

    IT IS SO ORDERED.

          s/Matthew F. Leitman
          MATTHEW F. LEITMAN
          UNITED STATES DISTRICT JUDGE

Dated:   January 10, 2017

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2017, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (313) 234-5113